IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL ACTION NO. 13-257 |
| v. | : | CIVIL ACTION NO. 15-0327 |
| | : | |
| TARIK HOOKS | : | |

**O R D E R**

**AND NOW**, this 9th day of June, 2015, upon consideration of the motion of Tarik Hooks to vacate, set aside, or correct sentence pursuant to 28 U.S.C. 2255 (Doc. No. 28), as supplemented (Doc. No. 33) and the Government's Response (Doc. No. 32), for the reasons discussed in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion as supplemented is **DENIED**. Furthermore, because Mr. Hooks has not made a substantial showing of the denial of a constitutional right, no certificate of appealability shall issue and the Clerk is directed to close this case for all purposes, including statistics.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge