IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES of AMERICA | : : : | CRIMINAL ACTION |
| v. | : : | |
| TARIK HOOKS | : | No. 13-257 |

# O R D E R

**AND NOW**, this 27th day of December, 2016, upon consideration of Tarik Hooks's Motion to Correct Error in Pre-Sentence Report (Docket No. 44), the Government's Response thereto (Docket No. 45), and Mr. Hooks's Reply (Docket No. 46), it is hereby **ORDERED** that the Motion (Docket No. 44) is **DENIED.**

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE