# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TARIK HOOKS** | : | **No. 13-257** |

## ORDER

AND NOW, this __17th__ day of August, 2020, upon consideration of Defendant's Motion for Reduction in Sentence Under 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 54), the Response in Opposition (Doc. No. 56), Defendant's medical records, and Defendant's letter requesting appointment of counsel to assist him with his Motion for Reduction in Sentence (Doc. No. 55), it is **ORDERED** that:

1. Defendant's letter (Doc. No. 55) shall be construed as a motion for appointment of counsel;

2. Defendant's Motion for Appointment of Counsel (Doc. No. 55) is **DENIED** for the reasons set forth in the accompanying Memorandum; and

3. Defendant's Motion for Reduction in Sentence (Doc. No. 54) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**