IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TARIK HOOKS | : | No. 13-257 |

### ORDER

**AND NOW**, this 13th day of December, 2022, upon consideration of Tarik Hooks's *Pro Se* Motions to Terminate Supervised Release Early (Doc. Nos. 66 & 67) and the Government's Response in Opposition (Doc. No. 69), it is **ORDERED** that the Motions (Doc. Nos. 66 & 67) are **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE